No. 466. NORTHERN PACIFIC RAILWAY COMPANY, PETITIONER, *v.* LOUISE H. ADAMS ET AL. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. C. W. Bunn* for the petitioner. *Mr. C. S. Voorhees* and *Mr. R. H. Voorhees* for the respondents.

No. 437. JOHN M. PERKINS, PETITIONER, *v.* ANDREW B. HENDRYX ET AL. November 3, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. John M. Perkins pro se. Mr. Charles M. Reed* and *Mr. L. L. Scaife* for the respondents.

No. 445. SILAS F. KING, PETITIONER, *v.* J. O. BENDER. November 3, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. C. Campbell, Mr. W. H. Metson* and *Mr. William A. Maury* for the petitioner. *Mr. J. O. Bender pro se.*

No. 467. PECK BROTHERS COMPANY OF ILLINOIS, PETITIONER, *v.* PECK BROS. & CO. OF CONNECTICUT. November 3, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry D. Coghlan* and *Mr. Joseph A. O'Donnell* for the petitioner. *Mr. E. A. Otis* for the respondents.

No. 472. RURAL INDEPENDENT SCHOOL DISTRICT OF ALLISON ET AL., PETITIONERS, *v.* ELEANOR G. FAIRFIELD. November 3, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. R. M. Wright* for the petitioners. *Mr. R. H. Brown* for the respondent.